UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-11420-SVW-AGR | Date | November 8, 2022 |
|---|---|---|---|
| Title | Guilbert Tex, Inc. v. United States Fed Group Consortium Syndicate et al | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING THE CASE

   There being no activity on the case since the Court having issued an order denying summary judgment (See Dkt. 113), and having a waited a reasonable time for any further response from the parties, the Court orders the case DISMISSED.

                                                                                                                                    :
                                                                                      Initials of Preparer            PMC