1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

11   Guilbert Tex, Inc.,                    )   CASE NO.: 2:20-cv-11420-SVW-AGR
                                            )
12            Plaintiff                     )   JUDGMENT
                                            )
13            vs.                           )
                                            )
14   United States Fed Group Consortium     )
     Syndicate et al,                       )
15                                          )
              Defendant.                    )
16   _____

17

18          Pursuant to the Order on Summary Judgment, issued on October 4, 2022, judgment is entered

19   for plaintiff and against defendant, pursuant to the conditions set forth in the Court's order.

20

21   DATE: January 24, 2023

22                                              _____
                                                STEPHEN V. WILSON, U.S. DISTRICT JUDGE
23

24

25

26

27

28